IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT SCHMIDT,**

**Plaintiff,**

**v.**

**CONAGRA FOODS, INC.
and WEST SIDE SALVAGE, INC.,**

**Defendants.**                                          No. 11-cv-0391-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. A review of the pleadings in this case and the pleadings in cases, *Jentz v.ConAgra Foods, et al.,* 10-0474-MJR and *Becker v. ConAgra Foods, et al.*, 10-952-MJR assigned to District Judge Michael J. Reagan, indicates that these cases arise out of the same grain bin explosion. Cognizant of the Seventh Circuit's position that related cases filed within the same U.S. District Court should be transferred to (or consolidated before) a single District Judge, *see, e.g. Smith v. Check-N-Go of Illinois, Inc.*, 200 F.3d 511, 513 n.1 (7th Cir. 1999); *Blair v. Equifax Check Services, Inc.*, 181 F.3d 832, 839 (7th Cir. 1999), the Court **TRANSFERS** this case to Judge Reagan for further proceedings. All further pleadings shall bear the cause number 11-CV-0391-MJR.

**IT IS SO ORDERED.**

Signed this 8th day of July, 2008.

Digitally signed by
David R. Herndon
Date: 2011.07.08
09:55:18 -05'00'

**Chief Judge
United States District Court**